E-filing

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

JEAN RIKER

V.

SAINTE CLAIRE HOTEL, LLC;
LARKSPUR HOTELS, LLC;
IL FORNAIO (AMERICA)
CORPORATION; and DOES 1-
25, Inclusive,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C08-01547 RMW

TO: (Name and address of defendant)

Sainte Claire Hotel, LLC
302 South Market Street
San Jose, CA 95113

Larkspur Hotels, LLC
302 South Market Street
San Jose, CA 95113

Il Fornaio (America) Corporation
302 South Market Street
San Jose, CA 95113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sidney J. Cohen, Esq., SBN 39023
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR 2 0 2008

CLERK                                                          DATE

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                        Signature of Server

                                       _____
                                       Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.