SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

FILED
MAR 20 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER<br><br>    Plaintiff,<br><br>v.<br><br>SAINTE CLAIRE HOTEL, LLC;<br>LARKSPUR HOTELS, LLC;<br>IL FORNAIO (AMERICA)<br>CORPORATION; and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO.<br>Civil Rights C08-01547 RMW<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: 3/12/08

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By _____
Sidney J. Cohen
Attorney for Plaintiff

Certificate Of Interested Parties            -1-