CHARLES O. THOMPSON, SB# 139841
    E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER,  SB#227962
    E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Sainte Claire Hotel, LLC and
Larkspur Hotels, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JEAN RIKER,<br><br>            Plaintiff,<br><br>    v.<br><br>SAINTE CLAIRE HOTEL, LLC; LARKSPUR<br>HOTELS, LLC; IL FORNAIO (AMERICA)<br>CORPORATION; and DOES 1-25, Inclusive,<br><br>        Defendants. | CASE NO. C08-01547 RMW<br><br>**CERTIFICATE OF INTERESTED<br>ENTITIES [Local Rule 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

///

///

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1. CNA Insurance, 40 Wall Street, 7th Floor, New York, NY 10005.  Liability insurer of defendants Sainte Claire Hotel, LLC and Larkspur Hotels, LLC.

DATED:  April 21, 2008                    LEWIS BRISBOIS BISGAARD & SMITH **LLP**

By

Charles O. Thompson
Jemma A. Parker
Attorneys for Defendants Sainte Claire Hotel, LLC and
Larkspur Hotels, LLC

**CERTIFICATE OF INTERESTED ENTITIES**

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**FEDERAL COURT PROOF OF SERVICE**
Jean Riker v. Sainte Claire Hotel, LLC - File No. C08-01547 RMW

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is One Sansome Street, Suite 1400.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 21, 2008, I served the following document(s):  **CERTIFICATE OF INTERESTED ENTITIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sidney J. Cohen, Esq.
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682
Facsimile:  (510) 893-9450

The documents were served by the following means:

[]  (BY FAX TRANSMISSION)  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.  A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[]  (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[]  (BY OVERNIGHT DELIVERY)  Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]  (BY PERSONAL SERVICE)  I personally delivered the documents to the persons at the addresses listed above.  Delivery was made [X] to the party or attorney listed above, or [ ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual apparently in charge of the office, or [ ] at the time of delivery, there appeared to be no one in charge, and the envelope or package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

[X]  (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1          I declare under penalty of perjury under the laws of the State of California that the above is

2    true and correct.

3          Executed on April 21, 2008, at San Francisco, California.

4

5                                                                    Nicole S. Block

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4832-4991-3090.1