1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682
   Facsimile:  (510) 893-9450
4
   Attorneys for Plaintiff
5  JEAN RIKER

6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8  JEAN RIKER                        CASE NO.  C 08-01547 RMW
                                     <u>Civil Rights</u>
9       Plaintiff,

10
   v.
11
   SAINTE CLAIRE HOTEL, LLC,         **INITIAL STIPULATION TO**
12 LARKSPUR HOTELS, LLC;             **ENLARGE TIME TO ANSWER**
   IL FORNAIO (AMERICA)              **THE COMPLAINT**
13 CORPORATION; and DOES 1-
   25, Inclusive,                    **Civil Local Rule 6-1(a)**
14
        Defendants.
15 _____/

Certificate Of Interested Parties                -1-

1  Plaintiff Jean Riker and defendant Il Fornaio (America) Corporation, by and through their counsel Sidney J. Cohen and Thomas Hyde , enter into this stipulation regarding the time to answer the complaint pursuant to Local Rule 6-1(a).

The parties stipulate that defendant Il Fornaio (America) Corporation is granted an extension of time to May 30, 2008 to answer plaintiff's complaint.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile signatures shall be as valid and binding as original signatures.

Dated: May 16, 2008  
SIDNEY J. COHEN  
PROFESSIONAL CORPORATION

By  /s/ Sidney J. Cohen  
Sidney J. Cohen  
Attorney for Plaintiff

Date: May 16, 2008  
HYDE LAW OFFICES

By  /s/ Thomas Hyde  
Thomas Hyde  
Attorney for Defendant  
Il Fornaio (America) Corporation