1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue                                    **FILED**
   Oakland, CA 94610
3  Telephone: (510) 893-6682                    2008 MAY 22 P 3: 25
   Facsimile:  (510) 893-9450

4
   Attorneys for Plaintiff                      RICHARD W. WIEKING
5  JEAN RIKER                                          CLERK
                                                U.S. DISTRICT COURT
                                                NO. DIST OF CA S.J.
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8  JEAN RIKER                          CASE NO.  C 08-01547 RMW
                                       Civil Rights
9        Plaintiff,

10  v.

11                                     **PROOF OF SERVICE**

12  SAINTE CLAIRE HOTEL, LLC,
    LARKSPUR HOTELS,LLC;
    IL FORNAIO (AMERICA)
13  CORPORATION; and DOES 1-
    25, Inclusive,

14
        Defendants.
15  _____/

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof Of Serviced                    -1-

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SIDNEY J. COHEN<br>427 GRAND AVE.<br>OAKLAND, CA  94610 | (510) 893-6682 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>OS352669-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
JEAN RIKER vs. SAINTE CLAIRE HOTEL, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801547RMW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; STANDING ORDER RE: PRETRIAL PREPARATION; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; WELCOME LETTER; HEARING SCHEDULES; DISPUTE RESOLUTION PROCEDURES PAMPHLET

**Name:**   LARKSPUR HOTELS, LLC

**Person Served:**   BECKY DEGEORGE
**Title:**   AGENT/CSC-LAWYERS, INC.

**Date of Delivery:**   04/01/08
**Time of Delivery:**   09:35 am

**Place of Service:**   2730 GATEWAY OAKS DR. STE 100
SACRAMENTO, CA 95833                    (Business)

**Manner of Service:**   Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X]  Federal Rules of Civil Procedure

[ ]  California Code of Civil Procedure

**Fee for service:**   $  27.75

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

[X]  Registered: . . . SACRAMENTO . . . . County,   on: . . . . . . . . April 4, 2008 . . . . . . . .
Number: . . . . . 2006-72 . . . . . . . . . .   at: . . . . . . . . . . SACRAMENTO . . . . . , California.

**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728          *Client File # RIKER V. ST. CLAIRE, ET AL*   Signature: _____
559-233-1475                                                   Name: TERRY ROOT
30B/0S352669-02          PROOF OF SERVICE                       Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| SIDNEY J. COHEN<br>427 GRAND AVE.<br>OAKLAND, CA  94610 | | (510) 893-6682 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | | REFERENCE NUMBER<br>0S352669-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
JEAN RIKER vs. SAINTE CLAIRE HOTEL, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801547RMW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; STANDING ORDER RE: PRETRIAL PREPARATION; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; WELCOME LETTER; HEARING SCHEDULES; DISPUTE RESOLUTION PROCEDURES PAMPHLET

**Name:**    SAINTE CLAIRE HOTEL, LLC

**Person Served:**    BECKY DEGEORGE
**Title:**    AGENT/CSC-LAWYERS, INC.

**Date of Delivery:**    04/01/08
**Time of Delivery:**    09:35 am

**Place of Service:**    2730 GATEWAY OAKS DR. STE 100
SACRAMENTO, CA 95833                    (Business)

**Manner of Service:**    Personal Service - By Personally Delivering Copies.

**In Compliance With:**    [X] Federal Rules of Civil Procedure

[ ]    California Code of Civil Procedure

**Fee for service:**    $ 59.31

---

[X] Registered: . . . . SACRAMENTO . . . . County,
Number: . . . . 2006-72 . . . . . .

**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30B/0S352669 01

*Client File # RIKER V. ST. CLAIRE, ET AL*

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . April 4, 2008 . . . . . . . . ,
at: . . . . . . . . . SACRAMENTO . . . . . . , California.

Signature: _____
Name: TERRY ROOT
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SIDNEY J. COHEN<br>SIDNEY J. COHEN - SBN # 39023<br>427 GRAND AVE.<br>OAKLAND, CA 94610 | (510) 893-6682 | |

ATTORNEY FOR (NAME)    JEAN RIKER

REFERENCE NUMBER
0T271022-01

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
JEAN RIKER vs. SAINTE CLAIRE HOTEL, ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801547RMW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

| | |
|---|---|
| **Name of Defendant:** | IL FORNAIO (AMERICA) CORPORATION |
| **Person Served:** | THOMAS HYDE |
| **Title:** | AGENT FOR SERVICE OF PROCESS |
| **Date of Delivery:** | 04/04/08 |
| **Time of Delivery:** | 11:18 am |
| **Place of Service:** | 302 SOUTH MARKET STREET<br>SAN JOSE, CA 95113                (Business) |
| **Date of Mailing:** | 04/07/08 |
| **Place of Mailing:** | SAN FRANCISCO |

**Physical Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGE: | 35+ | HAIR: | BROWN | HEIGHT: | 5'06" | RACE: | HISPANIC |
| SEX: | MALE | EYES: | BROWN | WEIGHT: | 140 | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants
dwelling, house, usual place of abode, usual place of business, or usual mailing address other
than a U.S. Postal Service Post Office Box, in the presence of a competent member of the
household or a person apparently in charge of his or her office, place of business, or usual
mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who
was informed of the contents thereof, and by mailing copies of the documents (By First-Class
Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**    ☐  **Federal Rules of Civil Procedure**

☐
**X**  **California Code of Civil Procedure**

**Fee for service:**    $ 135.28

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed

☒  Registered: . . SAN FRANCISCO . . . County,

Number:. . . . 2007-0001030 . . . . . . .

on:. . . . . . . . . . April 8, 2008 . . . . . . . ,

at:. . . . . . . . . .San Francisco . . . . , California.

**Attorney's Diversified Services**
2421 Mendocino Avenue, #200A
SANTA ROSA, CA 95403
(707) 545-5455

Signature: _Blanca Solis_

30C/0T271022-01

*Client File # RIKER V. SAINTE CLAIRE HOTEL* Name: BLANCA SOLIS
PROOF OF SERVICE    Title: REGISTERED PROCESS SERVER

## RIKER V. SAINTE CLAIRE HOTEL, LLC
### CASE #C0801547

### LIST OF DOCUMENTS TO BE SERVED

1) SUMMONS IN A CIVIL CASE

2) COMPLAINT

3) CERTIFICATE OF INTERESTED PARTIES

4) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

5) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

6) SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III

7) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

8) STANDING ORDER RE: PRETRIAL PREPARATION

9) WELCOME TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

10) ECF REGISTRATION INFORMATION HANDOUT

11) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

12) NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/ TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES

## 13) DISPUTE RESOLUTION PROCEDURES (ADR)


T271022

 **Attorney's Diversified Services**

## Status Report

ADS File Number: OT271022-01

April 4, 2008

**SIDNEY J. COHEN**
SIDNEY J. COHEN
427 GRAND AVE.
OAKLAND, CA, 94610
Phone: (510) 893-6682
Fax: (510) 893-9450

**From:** ADRIENE YOUNG
Service of Process Department
Attorney's Diversified Services
Phone:(415) 437-6177, Fax:(415) 437-61

Plaintiff: JEAN RIKER
Defendant: SAINTE CLAIRE HOTEL, ET AL
**Your File #RIKER V. SAINTE CLAIRE HOTEL**

| | |
|---|---|
| **Name/Servee:** | **IL FORNAIO (AMERICA) CORPORATION** |
| Business Address: | 302 SOUTH MARKET STREET |
| | SAN JOSE, CA 95113 |

On 03/25/08 we received the following documents for service:

SEE ATTACHED LIST OF DOCUMENTS;

The following is the current status of your process service request. We will continue to update you with regular status of this order and will notify you when service is complete. You are welcome to visit our website for status any time at www.attorneysdiversified.com.

| | |
|---|---|
| 03/26/08 09:00 am | NOW ATTEMPTING ONE MARITIME PLAZA, STE 1600, SAN FRANCISCO, CA 94111. |
| 03/26/08 12:40 pm | ATTEMPTED SERVICE AT BUSINESS ADDRESS, SUBJECT NO LONGER LOCATED AT THIS ADDRESS AND THERE IS NO ONE REPRESENTING SUBJECT. |
| 04/02/08 02:40 pm | NOW ATTEMPTING 302 SOUTH MARKET STREET, SAN JOSE, CA 95113. |

Thank you. We always appreciate your business.

827/OT271022-01

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

      I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause. My business address is 427 Grand Avenue, Oakland, California 94610. On May 14, 2008 I served the foregoing "PROOF OF SERVICE" on the parties identified and by the method(s) designated below:

Charles O. Thompson            Il Fornaio (America) Corporation
Jemma A. Parker                 302 South Market Street
Lewis Brisbois Bisgaard        San Jose, CA 95113
& Smith LLP
One Sansome Street, #1400
San Francisco, CA 94104

**SERVICE BY MAIL**

[X]    I placed a true copy thereof enclosed in a sealed envelope addressed as set forth above and I deposited such envelope with postage thereon fully prepaid in the United States mail.

**PERSONAL DELIVERY**

[ ]    I personally delivered the documents to the address listed above.

**SERVICE BY EXPRESS SERVICE CARRIER**

[ ]    I caused such envelope to be deposited in a box regularly maintained by the Express Service Carrier, or delivered to an authorized Courier or Driver.

**FACSIMILE TRANSMISSION**

[ ]    I caused the document identified in this Proof of Service to be transmitted by Facsimile Transmission to the telephone number listed adjacent to the name on this Proof of Service.

      I declare under penalty of perjury that the foregoing is true and correct, and that this Proof of Service was executed on May 14, 2008.

_____
Sidney J. Cohen

Certification and Order                                   POS
Proof of Service