1  Donald F. Drummond (No. 052986)
   Bridget B. Laurent (No. 188394)
2  DRUMMOND & ASSOCIATES
   One California Street, Suite 300
3  San Francisco, CA 94111
   Telephone: (415) 433-2261
4  Facsimile: (415) 438-9819

5

6  Attorneys for Defendant Il Fornaio

7

8                    **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT**

10

| | |
|---|---|
| JEAN RIKER, | Case No. C 08-01547 RMW |
| Plaintiff, | **DEFENDANT IL FORNAIO'S DISCLOSURE PURSUANT TO RULE 26** |
| v. | |
| SAINTE CLARE HOTEL, LLC, LARKSPUR HOTELS, LLC; IL FORNAIO (AMERICA) CORPORATION; and DOES 1 - 25, Inclusive, | |
| Defendants. | |

Defendant Il Fornaio (America) Corporation ("Il Fornaio") submits the following disclosure pursuant to F.R.Civ.P. 26 and Northern District of California General Order No. 56.

1. Identification of Witnesses. Defendant Il Fornaio identifies the following individuals who may have knowledge of discoverable information pursuant to Rule 26(a)(1)(A)(i):

    A.    Kelli Schmidke, facilities director, Il Fornaio. Areas of knowledge include the history of construction of the restaurant located in the St. Clare Hotel in San Jose, California.

    B.    Ken Catton and Jamie Shorten, architects. They are employed by BCV Architects. He may have knowledge of the original construction plans, specifications and permits and compliance.

1    2.   Documents. Il Fornaio identifies the following categories of documents
2 which may contain discoverable information pursuant to Rule 26(a)(1)(A)(ii):
3          A.   The original plans and specifications and building permits for the
4 work of improvement at the St. Claire Hotel in San Jose, California. Il Fornaio is presently
5 making a search for those documents which were archived years ago.
6    3.   Insurance.
7    Il Fornaio discloses the following information about insurance coverage for the
8 claims of the complaint in this action pursuant to F.R.Civ.P. 26(a)(1)(A)(iv): None.
9 Dated: June 13, 2008

DRUMMOND & ASSOCIATES

*/s/*
By _____
Donald F. Drummond
Attorneys for Defendant Il Fornaio

13  G:\drummondassoc\il fornaio\pldg\rule-26-disclosure.wpd

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819