CHARLES O. THOMPSON, SB# 139841
    E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB#227962
    E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Sainte Claire Hotel, LLC and
Larkspur Hotels, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JEAN RIKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAINTE CLAIRE HOTEL, LLC; LARKSPUR HOTELS, LLC; IL FORNAIO (AMERICA) CORPORATION; and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | CASE NO. C08-01547 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE** |

　　　　Defendants SAINTE CLAIRE HOTEL, LLC, LARKSPUR HOTELS, LLC and IL FORNAIO (AMERICA) CORPORATION and plaintiff JEAN RIKER ( hereinafter "the parties"), through their respective counsel of record, hereby stipulate to the continuance of the in-person meet and confer conference to discuss settlement per General Order 56, ¶¶3, 4 of the Northern District Court until August 22, 2008.

　　　　The parties further stipulate that plaintiff's deadline to file a Notice of Need for Mediation per General Order 56, ¶6 be accordingly continued until September 10, 2008.

　　　　The parties further stipulate that all other deadlines and events remain as calendared on this matter's Case Schedule.

///

Good cause exists for this continuance. No previous time modifications have been made in this case, whether by stipulation or Court order. The parties have conducted a thorough joint site inspection with experts. Due to plaintiff's expert's schedule, the report on the inspection is unavailable within the General Rule 56 time line. Moreover, defendants Sainte Claire Hotel and Larkspur Hotels' expert Mr. Kim Blackseth will not return from a pre-planned, pre-scheduled out of state vacation until August 10, 2008 and is unavailable to review and analyze plaintiff's accessibility report and attend a conference until after his return. Mr. Blackseth's analysis is necessary for defendants to engage in a meaningful meet and confer conference with the parties. For these reasons, the parties respectfully request this court issue an Order continuing the deadline for the joint meet and confer conference until August 22, 2008 and the deadline for plaintiff to file a Notice of Need for Mediation until September 10, 2008. These continuances will not have any impact on the remainder of the Case Schedule.

The parties further agree this stipulation may be executed in sub-parts and a signature transmitted by facsimile may be deemed an original signature.

**IT IS SO STIPULATED.**

DATED: July __, 2008              Lewis Brisbois Bisgaard & Smith, LLP

                                  By _____
                                     Jemma A. Parker
                                     Attorneys for Defendants Sainte Claire Hotel, LLC, and
                                     Larkspur Hotels, LLC

DATED: July __, 2008              Sidney J. Cohen, P.C.

                                  By _____
                                     Sidney J. Cohen
                                     Attorneys for Plaintiff Jean Riker

///

Good cause exists for this continuance. No previous time modifications have been made in this case, whether by stipulation or Court order. The parties have conducted a thorough joint site inspection with experts. Due to plaintiff's expert's schedule, the report on the inspection is unavailable within the General Rule 56 time line. Moreover, defendants Sainte Claire Hotel and Larkspur Hotels' expert Mr. Kim Blackseth will not return from a pre-planned, pre-scheduled out of state vacation until August 10, 2008 and is unavailable to review and analyze plaintiff's accessibility report and attend a conference until after his return. Mr. Blackseth's analysis is necessary for defendants to engage in a meaningful meet and confer conference with the parties. For these reasons, the parties respectfully request this court issue an Order continuing the deadline for the joint meet and confer conference until August 22, 2008 and the deadline for plaintiff to file a Notice of Need for Mediation until September 10, 2008. These continuances will not have any impact on the remainder of the Case Schedule.

The parties further agree this stipulation may be executed in sub-parts and a signature transmitted by facsimile may be deemed an original signature.

IT IS SO STIPULATED.

DATED: July ___, 2008        Lewis Brisbois Bisgaard & Smith, LLP

By _____
Jemma A. Parker
Attorneys for Defendants Sainte Claire Hotel, LLC, and Larkspur Hotels, LLC

DATED: July _1_, 2008        Sidney J. Cohen, P.C.

By _____
Sidney J. Cohen
Attorneys for Plaintiff Jean Riker

///

DATED: July 7, 2008        Drummond & Associates

By _____
Donald Drummond
Attorneys for Defendant Il Fornaio (America) Corporation

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing therefore, hereby ORDERS AS FOLLOWS:

The meet and confer conference between the parties described in General Order 56, ¶4 shall be completed by August 22, 2008. The deadline for plaintiff to file a Notice of Need for Mediation shall be continued until September 10, 2008. All other deadlines shall remain the same.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
JUDGE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4812-2027-8786.1                    -3-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE

DATED: July ___, 2008          Drummond & Associates


By _____
Donald Drummond
Attorneys for Defendant Il Fornaio (America)
Corporation

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing therefore, hereby ORDERS AS FOLLOWS:

The meet and confer conference between the parties described in General Order 56, ¶4 shall be completed by August 22, 2008. The deadline for plaintiff to file a Notice of Need for Mediation shall be continued until September 10, 2008. All other deadlines shall remain the same.

**IT IS SO ORDERED.**


Dated: _____, 2008

_____
JUDGE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

4812-2027-8786.1

-3-

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE

**FEDERAL COURT PROOF OF SERVICE**
Jean Riker v. Sainte Claire Hotel, LLC - File No. C08-01547 RMW

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    On July 7, 2008, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE**

    I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sidney J. Cohen, Esq.
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682
Facsimile:  (510) 893-9450
*Attorney for Plaintiff*

    The documents were served by the following means:

[ ]    (BY FAX TRANSMISSION)  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[ ]    (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ]    (BY OVERNIGHT DELIVERY)  Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]    (BY PERSONAL SERVICE)  I personally delivered the documents to the persons at the addresses listed above. Delivery was made [X] to the party or attorney listed above, or [ ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual apparently in charge of the office, or [ ] at the time of delivery, there appeared to be no one in charge, and the envelope of package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

[X]    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

4832-4991-3090.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2008, at San Francisco, California.

*Nicole S. Block* (signature)
Nicole S. Block

4832-4991-3090.1