CHARLES O. THOMPSON, SB# 139841
  E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB#227962
  E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Sainte Claire Hotel, LLC and
Larkspur Hotels, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JEAN RIKER, | CASE NO. C08-01547 RMW |
| Plaintiff, | |
| v. | DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE |
| SAINTE CLAIRE HOTEL, LLC; LARKSPUR HOTELS, LLC; IL FORNAIO (AMERICA) CORPORATION; and DOES 1-25, Inclusive, | [LOCAL RULE 6-2(a)] |
| Defendants. | |

I, Jemma A. Parker, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all of the Courts of this state, and am an associate at Lewis Brisbois Bisgaard & Smith, LLP, counsel of record for defendants Sainte Claire Hotel, LCC and Larkspur Hotels, LLC ("defendants"). I make the following declaration based on personal knowledge, and if called as a witness, could and would competently testify to the facts stated herein.

2. This declaration is made in support of the concurrently filed joint stipulation and [proposed] order re extension of time for joint conference and pursuant to Local Rule 6-2(a).

3. On June 24, 2008 the parties conducted a thorough joint site inspection with experts at the Sainte Claire Hotel in San Jose.

///

4. Due to plaintiff's expert's schedule, the report on the inspection is unavailable within the General Rule 56 time line. Further, defendants' building and accessibility expert, Mr. Kim Blackseth will not return from a pre-planned, pre-paid vacation until August 10, 2008 and is unavailable to review and analyze plaintiff's accessibility report and attend a conference until after his return.

5. Mr. Blackseth's analysis is necessary and essential for defendants to engage in a meaningful meet and confer conference with the parties. Therefore, an extension is requested to complete the conference until August 22, 2008.

6. Based on an extension of time for the meet and confer conference, the deadline for plaintiff to file a Notice of Need for Mediation is further necessary. Therefore an extension is requested to file a Notice of Need for Mediation until September 10, 2008.

7. No previous time modifications have been made in this case, whether by stipulation or Court Order.

8. Neither of the requested continuances will have any impact on the remainder of this matter's Case Schedule.

9. The referenced stipulation has been executed by counsel for all parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of July, at San Francisco, California.

_____
JEMMA A. PARKER

4846-8451-2002.1                           -2-
**DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE**


**FEDERAL COURT PROOF OF SERVICE**
Jean Riker v. Sainte Claire Hotel, LLC - File No. C08-01547 RMW

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 7, 2008, I served the following document(s): **DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE [LOCAL RULE 6-2(a)]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sidney J. Cohen, Esq.
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682
Facsimile:  (510) 893-9450
*Attorney for Plaintiff*

The documents were served by the following means:

[ ]  (BY FAX TRANSMISSION)  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[ ]  (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ]  (BY OVERNIGHT DELIVERY)  Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]  (BY PERSONAL SERVICE)  I personally delivered the documents to the persons at the addresses listed above. Delivery was made [X] to the party or attorney listed above, or [ ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual apparently in charge of the office, or [ ] at the time of delivery, there appeared to be no one in charge, and the envelope of package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

[X]  (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4832-4991-3090.1

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 7, 2008, at San Francisco, California.

*/s/ Nicole S. Block*
Nicole S. Block

4832-4991-3090.1