CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB#227962
   E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Sainte Claire Hotel, LLC and Larkspur Hotels, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JEAN RIKER, | CASE NO. C08-01547 RMW |
| Plaintiff, | **AMENDED PROOF OF SERVICE** |
| v. | |
| SAINTE CLAIRE HOTEL, LLC; LARKSPUR HOTELS, LLC; IL FORNAIO (AMERICA) CORPORATION; and DOES 1-25, Inclusive, | |
| Defendants. | |

4842-9023-1554.1

-1-

**FEDERAL COURT PROOF OF SERVICE**
Jean Riker v. Sainte Claire Hotel, LLC - File No. C08-01547 RMW

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 7, 2008, I served the following document(s): **DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sidney J. Cohen, Esq.
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450
Email: SJC5143@aol.com
*Attorney for Plaintiff*

Beth Allen
Drummond & Associates
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819
Email: ballen@drummondlaw.com
*Attorneys for Il Fornaio*

The documents were served by the following means:

[ ] (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[ ] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ] (BY OVERNIGHT DELIVERY) Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses listed above. Delivery was made [X] to the party or attorney listed above, or [ ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual

1  apparently in charge of the office, or [ ] at the time of delivery, there appeared to be no one in charge, and the envelope of package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2008, at San Francisco, California.

*Nicole S. Block* (signature)
Nicole S. Block

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4832-4991-3090.1