Donald F. Drummond (No. 052986)
Bridget B. Laurent (No. 188394)
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819

Attorneys for Defendant Il Fornaio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>             Plaintiff,<br><br>v.<br><br>SAINTE CLAIRE HOTEL, LLC,<br>LARKSPUR HOTELS, LLC;<br>IL FORNAIO (AMERICA) CORPORATION;<br>and DOES 1 - 25, Inclusive,<br><br>             Defendants. | Case No. C 08-01547 RMW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE EXTENSION OF TIME**<br>**FOR JOINT CONFERENCE** |

Defendants Sainte Claire Hotel, LLC, Larkspur Hotels, LLC, Il Fornaio (America) Corporation and plaintiff Jean Riker through their respective counsel of record, hereby stipulate to the continuance of the in-person meet and confer conference to discuss settlement per General Order 56, ¶¶ 3, 4 of the Northern District Court which is now planned for August 29, 2008 pending confirmation of availability of all experts. If experts are not available on August 29, 2008, every attempt will be made to hold such conference before September 9, 2008.

As set forth in the declaration of Donald F. Drummond filed herewith, good cause exists for this continuance. One previous continuance by stipulation has been granted.

The parties agree this stipulation may be executed in sub-parts and signatures transmitted via facsimile and deemed and original signature.

08/13/2008  17:50  5108939450  SIDNEY J COHEN ESQ  PAGE 02/03

IT IS SO STIPULATED.

Dated: August 13, 2008

DRUMMOND & ASSOCIATES

By *[signature]*
   Donald F. Drummond
Attorneys for Defendant Il Fornaio

Dated: August 14, 2008

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By *[signature]*
   Jemma A. Parker
Attorneys for Defendant Sainte Claire Hotel, LLC
and Larkspur Hotels, LLC

Dated: August ____, 2008

SIDNEY J. COHEN, P.C.

By _____
   Sidney J. Cohen
Attorneys for Plaintiff Jean Riker

G:\drummondassoc\il fornaio\pldg\stip-continue-m&c.wpd

IT IS SO STIPULATED.

Dated: August 13, 2008

DRUMMOND & ASSOCIATES

By _____
    Donald F. Drummond
Attorneys for Defendant Il Fornaio

Dated: August ____, 2008

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
    Jemma A. Parker
Attorneys for Defendant Sainte Claire Hotel, LLC
and Larkspur Hotels, LLC

Dated: August 13, 2008

SIDNEY J. COHEN, P.C.

By _____
    Sidney J. Cohen
Attorneys for Plaintiff Jean Riker

G:\drummondassoc\il fornaio\pldg\stip-continue-m&c.wpd

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819