1 Donald F. Drummond (No. 052986)
Bridget B. Laurent (No. 188394)
2 DRUMMOND & ASSOCIATES
One California Street, Suite 300
3 San Francisco, CA 94111
Telephone: (415) 433-2261
4 Facsimile: (415) 438-9819

5
Attorneys for Defendant Il Fornaio
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 JEAN RIKER,                              )    Case No. C 08-01547 RMW
                                            )
11          Plaintiff,                      )    **ORDER RE EXTENSION OF TIME**
                                            )    **FOR JOINT CONFERENCE**
12 v.                                       )
                                            )
13 SAINTE CLAIRE HOTEL, LLC,                )
LARKSPUR HOTELS, LLC;                       )
14 IL FORNAIO (AMERICA) CORPORATION;        )
and DOES 1 - 25, Inclusive,                 )
15                                          )
           Defendants.                      )
16 _____ )

17          The court having considered the parties' stipulation and good cause appearing

18 therefore, hereby ORDERS AS FOLLOWS:

19          An extension of time for the meet and confer conference between the parties

20 described in General Order 56, ¶4 is granted and may proceed on August 29, 2008 pending

21 confirmation of availability of all experts. If experts are not available on August 29, 2008, the

22 conference will be held by September 9, 2008.

23 Dated: _____

24

25

26                                          _____
                                            Judge of the United States District Court
27 conf-extend-ord.wpd

28

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415 -433-2261
Fax: 415-438-9819

                                            1