1  CHARLES O. THOMPSON, SB# 139841
     E-Mail: thompsonc@lbbslaw.com
2  JEMMA A. PARKER, SB#227962
     E-Mail: parkerj@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street
4  Suite 1400
   San Francisco, California 94104          *E-FILED - 1/21/09*
5  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
6
   Attorneys for Defendants Sainte Claire Hotel, LLC and
7  Larkspur Hotels, LLC

8                  UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  JEAN RIKER,                         )  CASE NO. C08-01547 RMW
                                        )
12           Plaintiff,                 )  [PROPOSED] ORDER GRANTING
                                        )  DEFENDANTS SAINTE CLAIRE HOTEL,
13       v.                             )  LLC AND LARKSPUR HOTELS, LLC'S
                                        )  REQUEST FOR TELEPHONIC
14  SAINTE CLAIRE HOTEL, LLC; LARKSPUR )  APPEARANCE AT MEDIATION BY
    HOTELS, LLC; IL FORNAIO (AMERICA)   )  INSURER [ADR LOCAL RULE 6-9(d)]
15  CORPORATION; and DOES 1-25, Inclusive, )
                                        )
16           Defendants.                )
                                        )
17  _____)

18     The Court, having reviewed defendants Sainte Claire Hotel, LLC and Larkspur Hotels, LLC's request for their insurer to appear telephonically at mediation dated December 22, 2008, and pursuant to ADR Local Rule 6-9, and good cause having been shown for such request,

      It is hereby ORDERED AS FOLLOWS:

      Defendants' Sainte Claire Hotel, LLC and Larkspur Hotels, LLC's request for their insurer to appear telephonically at mediation set for January 28, 2009 is hereby GRANTED. The insurance representative from CNA is ordered to be available to participate in said mediation via telephone.

   **IT IS SO ORDERED.**

   Dated: __1/21__, 2009

   *Ronald M. Whyte*
   JUDGE RONALD M. WHYTE
   NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE DIVISION

   4832-0664-5251.1                      -1-
   [PROPOSED] ORDER GRANTING DEFENDANTS SAINTE CLAIRE HOTEL, LLC AND LARKSPUR
          HOTELS, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION BY INSURER