SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

*E-FILED - 6/23/09*

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>SAINTE CLAIRE HOTEL, LLC, LARKSPUR HOTELS, LLC; IL FORNAIO (AMERICA) CORPORATION; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 08-01547 RMW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |

      Plaintiff Jean Riker and defendants Sainte Claire Hotel, LLC, Larkspur Hotels, LLC, and Il Fornaio (America) Corporation, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

      Plaintiff filed this lawsuit on March 20, 2008.

      Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

      Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

      Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

      This case is not a class action, and no receiver has been appointed.

      This Stipulation and Order may be signed in counterparts, and facsimile signatures shall

be as valid and as binding as original signatures.

    Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

Date: 5/21/09

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff Jean Riker

Date: May 21, 2009

LEWIS, BRISBOIS, BISGAARD & SMITH LLC

/s/ Jemma Parker Saunders
_____
Jemma Parker Saunders
Attorney for Defendants Sainte Claire Hotel, LLC
and Larkspur Hotels, LLC

Date: May 21, 2009

DRUMMOND & ASSOCIATES

/s/ Donald F. Drummond
_____
Donald Drummond, Attorney for Il Fornaio
(America) Corporation

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date: 6/23/09

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Judge